FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAUDIA GREENWALD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YAKIMA VALLEY COUNCIL ON ALCOHOLISM, doing business as Triumph Treatment Services; JIM BECKETT; and WALLY LEE,<br><br>　　　　　　Defendants. | NO: 1:18-CV-3048-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS JIM BECKETT WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Jim Beckett without Prejudice, ECF No. 19. Having reviewed the motion and the record, the Court finds good cause to grant the parties' request. Accordingly, IT IS HEREBY ORDERED:

1. The Stipulated Motion to Dismiss Jim Beckett without Prejudice, **ECF No. 19**, is **GRANTED**.

2. Jim Beckett is hereby dismissed, without prejudice, as a defendant in this matter, without costs or attorneys fees to any party.

ORDER GRANTING STIPULATED MOTION TO DISMISS JIM BECKETT WITHOUT PREJUDICE ~ 1

3. All other claims against any other party remain pending.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, **to terminate Jim Beckett as a defendant in this matter**, and provide copies of this Order to counsel.

**DATED** May 28, 2019.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                       United States District Judge